# FORM   A

CIVIL RIGHTS COMPLAINT TO BE USED BY A *PRO SE* PRISONER
UNDER 42 U.S.C. § 1983 or
UNDER *BIVENS V. SIX UNKNOWN FED. NARCOTICS AGENTS*

Rev. 10/10

FILED

JAMES J. VILT, JR. - CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

MAR 31 2023

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

JOE A. BROWDER, JR.

1251 SOUTH BROOK ST. APT. 25

LOUISVILLE, KY. 40203

(Full name of the Plaintiff(s) in this action)

v.

OFFICER AUSTIN MADDEN, BADGE #50;

SGT. ALLAN STOKES, BADGE # UNKNOWN;

DET. M. DOZIER, BADGE # UNKNOWN;

THE MADISONVILLE POLICE DEPARTMENT;

THE CITY OF MADISONVILLE, KY.

(Full name of the Defendant(s) in this action)

CIVIL ACTION NO. 4:23CV 44 JHM
(To be supplied by the clerk)

(✓) DEMAND FOR JURY TRIAL

(  ) NO JURY TRIAL DEMAND
(Check only one)

## I.    PARTIES

(A) **Plaintiff(s)**. Place the full name of the Plaintiff in the first blank below, his/her place of confinement, address, and status. Repeat this procedure for each additional Plaintiff named, if any.

(1) Name of Plaintiff: JOE A. BROWDER, JR.

Place of Confinement: NOT CURRENTLY CONFINED; WAS AN ARRESTEE AT TIME

Address: 1251 SOUTH BROOK ST. APT. 25, LOUISVILLE, KY. 40203

Status of Plaintiff: CONVICTED (  )  PRETRIAL DETAINEE (  )  PRETRIAL RELEASEE; BUT CHARGES RELATIVE TO THIS COMPLAINT WERE DISMISSED BY GRAND JURY.

(2) Name of Plaintiff:_____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED (___) PRETRIAL DETAINEE (___)

(3) Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED (___) PRETRIAL DETAINEE (___)

(B) **Defendant(s).** Place the full name of the Defendant in the first blank below, his/her official position title in the second blank, and his/her place of employment in the third blank. Mark the capacity in which the Defendant is being sued. Repeat this procedure for each additional Defendant named, if any.

(1) Defendant OFFICER AUSTIN MADDEN, BADGE NO. 50 is employed

as POLICE OFFICER at MADISONVILLE POLICE DEPARTMENT .

The Defendant is being sued in his/her (✓) individual and/or (✓) official capacity.

(2) Defendant SGT. ALLAN STOKES, BADGE NO. UNKNOWN is employed

as POLICE OFFICER SERGEANT at MADISONVILLE POLICE DEPARTMENT .

The Defendant is being sued in his/her (✓) individual and/or (✓) official capacity.

(3) Defendant DET. M. DOZIER, BADGE NO. UNKNOWN is employed

as POLICE OFFICER DETECTIVE at MADISONVILLE POLICE DEPARTMENT .

The Defendant is being sued in his/her (✓) individual and/or (✓) official capacity.

(4) Defendant MADISONVILLE POLICE DEPARTMENT is employed

as AGENCY at CITY OF MADISONVILLE, KY. .

The Defendant is being sued in his/her (___) individual and/or (✓) official capacity.

2

(5) Defendant CITY OF MADISONVILLE _____ is employed

as MUNICIPALITY _____ at MADISONVILLE, KY. _____.

The Defendant is being sued in his/her (____) individual and/or (✓) official capacity.

## II.    PREVIOUS LAWSUITS

(A) Have you begun other lawsuits in State or Federal court dealing with the same facts involved in this action?  YES (____) NO (✓)

(B)  If your answer to "A" is YES, describe the lawsuit in the spaces below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper, using the same outline.

Parties to the previous lawsuit: N|A

Plaintiff(s):        _____

_____

Defendant(s):    _____

_____

Court (if federal court, name the district.  If state court, name the county):

N|A _____

Docket number: N|A _____

Name of judge to whom the case was assigned: N|A _____

Type of case (for example, habeas corpus or civil rights action): N|A _____

Disposition (for example, Was the case dismissed?  Is it still pending?  Is it on appeal?):
N|A _____

Approximate date of filing lawsuit: N|A _____

Approximate date of disposition: N|A _____

3

### III.    STATEMENT OF CLAIM(S)

State here the FACTS of your case. State how you believe your constitutional rights were violated. Describe how each Defendant violated your rights. And set forth the dates on which each event took place. Do not make legal arguments or cite cases or statutes. However, identify the constitutional right(s) you allege was/were violated. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs.

ON APRIL 1, 2022 AT ABOUT 2:55 P.M. ON SOUTH KENTUCKY AVENUE IN MADISONVILLE, KENTUCKY, I WAS PULLED OVER WHILE DRIVING MY SILVER SATURN VUE FOR PURPORTEDLY "FAILING TO COME TO A COMPLETE STOP" AT TWO CONSECUTIVE STOP SIGNS WHILE TRAVELLING NORTH" BY MADISON- VILLE VICE OFFICERS AUSTIN MADDEN, BADGE NO. 50; SGT. ALLAN STOKES, BADGE NO. UNKNOWN; AND DETECTIVE M. DOZIER, BADGE NO. UNKNOWN.

AFTER PURPORTEDLY NOTICING AN "OPEN ALCOHOLIC BEVERAGE CONTAINER" (WHICH WAS ACTUALLY EMPTY)(AS SHOWN ON BODY-CAM FOOTAGE) BOTH ME AND MY PASSENGER WERE ASKED TO EXIT THE VEHICLE.

I WAS SUBSEQUENTLY SUBJECTED TO THE ACTS OF BRUTALITY AND EXCESSIVE FORCE BY THESE THREE, AND OTHER OFFICERS IN THE FORM OF BEING REPEATEDLY TASED; MANUALLY CHOKED TO NEAR UNCONSCIOUSNESS; AND BEING STRUCK IN MY MOUTH WITH A BATON SEVERAL TIMES LACERATING MY LIP AND BREAKING MY RIGHT FRONT INCISOR; AND HAVING THE BATON STUCK DOWN MY THROAT, ALLEGEDLY BECAUSE I "HAD DRUGS IN MY MOUTH". A BYSTANDER WITNESSED AND VERBALLY QUESTIONED THESE ACTS BY THE OFFICERS; AND VIDEO-RECORDED THEM ON HIS CELL PHONE. THIS INDIVIDUAL CAN BE HEARD ON POLICE BODY-CAM FOOTAGE ENGAGING IN CONVERSATION WITH THE OFFICERS AND ASKING THEM IF "THEY JUST STUCK THAT BATON

4

### III. STATEMENT OF CLAIM(S) continued

IN HIS (MY) MOUTH, HE'S BLEEDING" AND "I WAS WONDERING BECAUSE THERE'S A LOT OF CRAZY S__-T GOING ON NOWADAYS, EXCUSE MY LANGUAGE".

I CAN ALSO BE HEARD ASKING THE BYSTANDER HIS NAME; WHICH HE DECLINED TO GIVE; AND RESPONDING BY GIVING HIM MY NAME AT HIS REQUEST. HE WAS A WHITE MALE ABOUT SIX FEET TALL OF MEDIUM BUILD, TO THE BEST OF MY MEMORY. MY SHIRT CAN BE SEEN IN THE BODY-CAM FOOTAGE COVERED WITH BLOOD. I WAS TAKEN TO BAPTIST HEALTH HOSPITAL MADISONVILLE, WHILE UNDER ARREST, AND PLACED IN A DRUG-INDUCED COMA FOR FOUR DAYS. UPON MY RELEASE ON APRIL 4, 2022, MY SHIRT WAS NOT IN MY PROPERTY, AND NO EXPLANATION TO ME WHEN I ASKED FOR IT. SGT. STOKES CLUTCHED ME BY MY FOREARM AND PRACTIC-ALLY DRAGGED ME THROUGH THE HOSPITAL HALLWAYS, "PARADING ME" UPON MY RELEASE; CAUSING "NOTICABLE GIGGLING AND AMUSEMENT" FROM HOSPITAL STAFF AND PATRONS. I WAS HANDCUFFED AND BARELY ABLE TO KEEP UP, NEARLY FALLING SEVERAL TIMES.

     THESE ACTS OF BRUTALITY AND EXCESSIVE FORCE WERE COMMITTED PRIMARILY BECAUSE OF MY RACE, AFRICAN AMERICAN AND ARE IN VIOLA-TIONS IN VIOLATIONS OF MY CONSTITUTIONAL RIGHTS AS STATED BELOW, AS WELL AS OTHERS OF WHICH I MAY NOT BE AWARE AT THIS TIME. THE OF-FICERS CAN BE SEEN ON BODY-CAM FOOTAGE "CELEBRATING" BY "FIST-BUMPING" AND "HIGH-FIVING" IMMEDIATELY AFTER THE CONCLUSION...

CONTINUED ON SEPARATE SHEET

5

BROWDER V. MADDEN, ET AL, CONTINUED FROM PAGE 5

... OF THE INCIDENT ON KENTUCKY AVENUE GIVING, IN-PART, CAUSE OF ACTION.

UPON RENDERING OF AN INDICTMENT ON OR ABOUT MAY 31, 2022, ON OTHER CHARGES RELATING TO THIS INCIDENT, THE HOPKINS COUNTY GRAND JURY REFUSED TO INDICT ME ON THE CHARGES OF "TAMPERING WITH PHYSICAL EVIDENCE" (KRS 524.100) AND OF "RESISTING ARREST" (KRS 520.090).

THESE ACTS BY THESE OFFICERS CAUSED ME BODILY INJURY, UNNECESS-ARY PAIN AND SUFFERING, SHOCK, EXTREME EMOTIONAL DISTRESS, AND HUMILIATION.

ON MY FIRST MEETING WITH MY ATTORNEY, PUBLIC DEFENDER HON. KENNETH ROOT, HE ASKED ME WHETHER THE POLICE "HAD STUCK A BATON DOWN MY THROAT", WHICH I FOUND PECULIAR, AND QUESTIONED HOW HE KNEW THAT. HE RESPONDED THAT "ONE OF THE ARRESTING OFFICERS HAD TOLD HIM THAT."

THE ABOVE-STATED ACTS OF BRUTALITY, EXCESSIVE FORCE AND HUMILIATION WERE COMMITTED WHILE ACTING UNDER COLOR OF LAW BY THE NAMED OFFICERS AND OTHERS; AND I SUFFERED TREMENDOUSLY FROM THEM, AND AM STILL TRAUMATIZED BY THEM.

THEY WERE ACTS OF BRUTALITY AND OF EXCESSIVE FORCE AND CONSPIRACY TO FURTHER THESE ACTS BY THE FILINGS OF MALICIOUS CHARGES OF "TAMPERING WITH PHYSICAL EVIDENCE" (KRS 524.100) AND "RESISTING ARREST" (KRS 520.090); BOTH OF WHICH THE GRAND JURY REFUSED TO INDICT ME OF; AND ARE DISPOSED. THEY WERE ALSO COMMITTED BASED ON MY RACE AND POVERTY AND IN TOTALITY WERE IN VIOLATIONS OF MY RIGHTS AS SECURED UNDER U.S. CONT. AMENDS. 4 AND 8; 42 U.S.C. §1981;...

(CONTINUED ON SEPARATE SHEET)

PAGE 5A

BROWDER V. MADDEN, ET AL, CONTINUED FROM PAGE 5A

...42 U.S.C. § 1985, 1986; AND OTHERS; AND WERE COMMITTED DUE TO ONGOING POLICIES AND CUSTOMS OF COMMITTING AND CONSPIRING TO MALICIOUSLY PROSECUTE THEM BY THE CITY OF MADISONVILLE POLICE DEPARTMENT AS AGENT OF THE MUNICIPALITY CITY OF MADISONVILLE, KENTUCKY.

A BRUTALITY/EXCESSIVE FORCE COMPLAINT WAS BEGUN ON THE WEBSITE www.openpolice.org/dept/KY-madisonville-police-dept AS COMPLAINT NO. 660546 ON MARCH 30, 2023; HOWEVER, I LOGGED OUT TEMPORARILY TO ATTEND TO OTHER BUSINESS. WHEN I ATTEMPTED TO LOG BACK IN (SEVERAL TIMES) I REPEATEDLY GOT THE MESSAGE "500/SERVER ERROR" AND THE SITE WOULD NOT OPEN. THE COMPLAINT WAS FAXED TO THE MADISONVILLE, KY. POLICE DEPARTMENT INTERNAL AFFAIRS OFFICE AT (270) 824-~~4415~~ 2115 (AB) ON MARCH 31, 2023 PRIOR TO THE FILING OF THIS § 1983 CIVIL RIGHTS COMPLAINT. A COPY OF THE INTERNAL AFFAIRS COMPLAINT AND THE FAX VERIFICATION ARE ATTACHED HERETO AS EXHIBITS; AND AS PROOF OF INITIATION OF EXHAUSTION OF ADMINISTRATIVE REMEDIES PRIOR TO FILING SUIT.

RESPECTFULLY SUBMITTED,

Joe C. Browder, Jr., PLAINTIFF

PAGE 5B

IV.    RELIEF

State exactly what you want the Court to do for you.  (If you seek relief which affects the fact or duration of your imprisonment (for example: release from illegal detention, restoration of good time, expungement of records, release on parole), you must also file your claim under 28 U.S.C. §§ 2241, 2254 or 2255.)  The Plaintiff(s) want(s) the Court to:

✓    award money damages in the amount of $250,000.00 FROM EACH DEFENDANT, JOINTLY AND SEVERALLY

✓    grant injunctive relief by ANY AND ALL TO WHICH I AM ENTITLED, INCLUDING PROTECTIVE ORDER(S).

✓    award punitive damages in the amount of $250,000.00 FROM EACH DEFENDANT, JOINTLY AND SEVERALLY

✓    other: ANY AND ALL TO WHICH I AM OR MAY BECOME ENTITLED, IN-CLUDING REIMBURSEMENT FOR LITIGATION COSTS.

V.    DECLARATION UNDER PENALTY OF PERJURY
      (each Plaintiff must sign for him/herself)

I, the undersigned, declare under penalty of perjury that the information contained in this document is true and correct.

This 31st day of MARCH               , 2023

_____
(Signature of Plaintiff)

_____
(Signature of additional Plaintiff)

_____
(Signature of additional Plaintiff)

I hereby certify that a copy of this complaint was delivered ~~to the prisoner mail system for mailing~~ BY HAND TO THE CLERK on MARCH 31, 2023          .

_____
(Signature)

6